ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 3:45 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00021-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 3:45:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

_____

_____

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

**HUAOU YAN'S UNOPPOSED
MOTION FOR *PRO HAC VICE* ADMISSION**

Huaou Yan
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
huaou.yan@blankrome.com
Tel: 215-569-5449
Fax: 215-689-3884
**ATTORNEY FOR
PETITIONER/DEFENDANT,
TRIS PHARMA, INC.**

TO THE HONORABLE COURT OF APPEALS:

I,      Huaou Yan, move the Court for permission to appear before the Court *pro hac vice,* under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, as attorney for Petitioner/Defendant, TRIS PHARMA, INC., and would show the Court the following:

# I.
## FACTS

1.      My contact information is as follows:

> BLANK ROME LLP
> Huaou Yan
> One Logan Square
> 130 North 18th Street
> Philadelphia, Pennsylvania 19103
> huaou.yan@blankrome.com
> Tel: 215-569-5449
> Fax: 215-689-3884

2.      I am associated with resident attorney Harry "Gil" Gillam, Jr. who will personally participate in the appeal of this case on behalf of Petitioner/Defendant, TRIS PHARMA, INC. He is a practicing attorney and a member in good standing with the State Bar of Texas. His state bar number and contact information is as follows:

> Harry "Gil" Gillam, Jr.
> State No. 07921800
> GILLAM & SMITH LLP
> 303 S. Washington Ave.
> Tel: 903- 934-8450
> Fax: 903- 934-9257

gil@gillamsmithlaw.com

Mr. Harry "Gil" Gillam, Jr is concurrently filing an unopposed motion recommending that I be granted permission to participate in the proceeding before the Court.

3.     I am an active member in good standing in the Commonwealth of Pennsylvania Bar No. 324705, adm 10/16/2017; USDC SD New York, ID # HY8128; USDC-ED New York; USDC-ED Pennsylvania; USDC-MD Pennsylvania; US COA Third Circuit. I have not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which I have been licensed. A certificate of good standing from the Commonwealth of Pennsylvania is attached hereto as **Exhibit A**

4.     I have not been denied admission to the courts of any state or to any federal court during the last five (5) years.

5.     I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas. I will at all times abide by and comply with those rules as long as this cause of action is pending and I have not withdrawn as counsel from the proceeding.

6.     In the last two (2) years, I have appeared in two cases in Texas courts:

> *i.* THE STATE OF TEXAS, ex rel. TARIK AHMED, v. TRIS PHARMA, INC., and KETAN MEHTA, 23-1030, JDC Harrison Co, Tx, active
>
> *ii.* THE STATE OF TEXAS, ex rel. TARIK AHMED, v. PFIZER INC, TRIS PHARMA, INC., and KETAN MEHTA, 23-1031, JDC Harrison Co, Tx, active

7. Proof of payment from the Board of Law Examiners is attached as

**Exhibit B**.

## II.
## PRAYER

For these reasons, I ask this Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and allow me to appear before this Court in this proceeding until the conclusion of this case.

Respectfully submitted,

*/s/Huaou Yan*
Huaou Yan
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
huaou.yan@blankrome.com
Tel: 215-569-5449
Fax: 215-689-3884
**ATTORNEY FOR PETITIONER/
DEFENDANT, TRIS PHARMA, INC**

**DECLARATION**

My name is Huaou Yan, my date of birth is February 24, 1988, and my business address is One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania on the 11th day of April 2025.

*/s/Huaou Yan*
Huaou Yan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on April 11, 2025.

**COUNSEL FOR PETITIONER/DEFENDANT PFIZER, INC.:**

**FOLEY & LARDNER LLP**
Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
Stacy R. Obenhaus
Texas State Bar No. 15161570
600 Congress Avenue, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
(512) 542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
Texas State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(application for *pro hoc* admission pending)
Stefan P. Schropp
(application for *pro hoc* admission pending)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734

**COUNSEL FOR RESPONDENT/PLAINTIFF THE STATE OF TEXAS:**
Jonathan Bonilla

Texas State Bar No. 24073939
Jordan Underhill
Texas State Bar No. 24102586
Vivian Egbu
Texas State Bar No. 24079078
Brittany Peters
Texas State Bar No. 24124762
Office of the Attorney General,
Civil Medicaid Fraud Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
jonathan.bonilla@oag.texas.gov
jordan.underhill@oag.texas.gov
vivian.egbu@oag.texas.gov
brittany.Peters@oag.texas.gov
(512) 475-4169

**COUNSEL FOR RESPONDENT/PLAINTIFF TARIK AHMED:**

**BROWN, LLC**
Jason T. Brown
jtb@jtblawgroup.com
Patrick S. Almonrode
patalmonrode@jtblawgroup.com
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

**POTTER MINTON, P.C.**
Michael E. Jones
mikejhones@potterminton.com
E. Glenn Thames, Jr.
glennthames@potterminton.com
102 North College, Suite 900
Tyler, TX 75702
(903) 597-8311

/s/ *Harry "Gil" Gillam, Jr.*
Harry "Gil" Gillam, Jr.

_____

_____

In the Fifteenth Court of Appeals
Austin, Texas

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

_____

_____

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

_____

**MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT HUAOU YAN PRO HAC VICE**

TO THE HONORABLE COURT OF APPEALS:

I, Harry "Gil" Gillam, Jr., hereby declare under penalty of perjury under the laws of the United States of America:

a. My office address is 303 South Washington Avenue, Marshall, Texas 75670. My office telephone number is (903) 934-8450. My office facsimile number is (903) 934-9257. My email address is gil@gillamsmithlaw.com.

b. I am familiar with Huaou Yan, and I find him to be a reputable attorney and recommend that he be granted permission to participate in the particular proceeding before the court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 11,2025    Respectfully submitted,

By:*/s/ Harry "Gil" Gillam, Jr.*
  Harry "Gil" Gillam, Jr.
  Texas State Bar. No. 07921800
  gil@gillamsmithlaw.com
  303 S. Washington Ave.
  Marshall, Texas 75670
  (903) 934-8450 (telephone)
  (903) 934-9257 (facsimile)

# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Huaou Yan, Esq.*

**DATE OF ADMISSION**

*October 16, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: March 20, 2025**

Darian Holland
Chief Clerk

# Exhibit B

# Board of Law Examiners

Appointed by the Supreme Court of Texas

April 10, 2025

HUAOU YAN
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: HUAOU YAN**
> **Case: 15-25-00021-CV**
> **Texas court or body: Fifteenth Court of Appeals Austin, Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

MAILING ADDRESS

Post Office Box 13486

Austin,Texas 78711-3486

TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300

WEBSITE: www.ble.texas.gov

STREET ADDRESS

205 West 14th Street, Ste.500

Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99584509
Filing Code Description: Motion
Filing Description: HUAOU YANS UNOPPOSED MOTION FOR PRO HAC VICE ADMISSION
Status as of 4/11/2025 4:14 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Obenhaus | | sobenhaus@foley.com | 4/11/2025 3:45:13 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 4/11/2025 3:45:13 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 4/11/2025 3:45:13 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 4/11/2025 3:45:13 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 4/11/2025 3:45:13 PM | SENT |
| George Valton | | val@valjoneslaw.com | 4/11/2025 3:45:13 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 4/11/2025 3:45:13 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 4/11/2025 3:45:13 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 4/11/2025 3:45:13 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 4/11/2025 3:45:13 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 4/11/2025 3:45:13 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 4/11/2025 3:45:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Arias | | diana@gillamsmithlaw.com | 4/11/2025 3:45:13 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 4/11/2025 3:45:13 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 4/11/2025 3:45:13 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99584509
Filing Code Description: Motion
Filing Description: HUAOU YANS UNOPPOSED MOTION FOR PRO HAC VICE ADMISSION
Status as of 4/11/2025 4:14 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 4/11/2025 3:45:13 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 4/11/2025 3:45:13 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 4/11/2025 3:45:13 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 4/11/2025 3:45:13 PM | SENT |

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 4/11/2025 3:45:13 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 4/11/2025 3:45:13 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 4/11/2025 3:45:13 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 4/11/2025 3:45:13 PM | SENT |